UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEVERLY JENKINS | : | CIVIL ACTION NO.:_____ |
| VERSUS | : | JUDGE: _____ |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH AKA L.C. SMITH AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : : | MAGISTRATE:_____ JURY TRIAL REQUESTED |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, L.C. SMITH, ACE AMERICAN INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendants in that certain proceeding entitled *"Beverly Jenkins, et al. v. Travelers Casualty and Surety Company of America, et al."* bearing Docket Number 2018-6085, Division C-10, filed in the Civil District Court in and for the Parish of Orleans, State of Louisiana, hereby file this Notice of Removal and remove this action to the United States District Court for the Eastern District of Louisiana, under 28 U.S.C.A. §1441 et seq.

A copy of this Notice of Removal is being served upon Huntleigh Gilbard as counsel for plaintiff, Beverly Jenkins, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Parish of Orleans, State of Louisiana in conformity with 28 U.S.C. § 1446(d). In addition, pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in Defendants' possession are attached hereto as Exhibit A.

Defendants respectfully submit that the grounds for removal of the action are as follows:

I.

On June 20, 2018, a Petition for Damages entitled *"Beverly Jenkins v. Travelers Casualty and Surety Company of America, et al"* bearing Docket Number 2018-6085, Division C-10, was filed in the Civil District Court in and for the Parish of Orleans, State of Louisiana, which State court is within the jurisdiction of the United States District Court, Eastern District of Louisiana. On July 30, 2018, Plaintiff filed a First Supplemental and Amended Petition adding as a defendant Ace American Insurance Company.

II.

Plaintiff set forth a claim for damages arising out of a personal injury which allegedly occurred on August 15, 2017, on I-10 east bound in Orleans Parish, Louisiana. Named as defendants in this matter are CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH AKA L.C. SMITH, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and ACE AMERICAN INSURANCE COMPANY.

III.

CT TRANSPORTATION, LLC was served with the Citation and Petition for Damages on or about July 10, 2018. COASTAL TRANSPORT LOGISTICS, LLC was served with the Citation and Petition for Damages on or about July 10, 2018. L.C. SMITH (erroneously named as "Larry Smith AKA L.C. Smith") was served with the Citation and Petition for Damages on or about August 24, 2018. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY was served with the Citation and Petition for Damages on or about July 18, 2018. TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA was served with the Citation and Petition for Damages on July 18, 2018. ACE AMERICAN INSURANCE COMPANY was served with the First Supplemental and Amended Petition on August 24, 2018.

IV.

CT Transportation, LLC, Coastal Transport Logistics, LLC, L.C. Smith, Ace American Insurance Company, and Travelers Casualty and Surety Company of America all are joining in the removal of this matter. Further, State Farm Mutual Automobile Insurance Company consents to the removal of this action (See Exhibit B, State Farm's consent to removal). Therefore, the requirements of 28 U.S.C. §1446(b)(2)(A) are satisfied.

## DIVERSITY OF CITIZENSHIP

V.

Plaintiff, Beverly Jenkins, asserts in the Petition that she is of the full age of majority and a resident of Orleans Parish, Louisiana. Therefore, Beverly Jenkins is a citizen of Louisiana.

VI.

At the time of this action and at all times since, Defendant CT Transportation, LLC was and has been a limited liability company composed of one sole member: Coastal Transport, Inc. Coastal Transport, Inc. is a corporation incorporated in Georgia with its principal place of business in Florida. Therefore, CT Transportation, LLC is a citizen of the States of Georgia and Florida.

VII.

At the time of this action and at all times since, Defendant Coastal Transport Logistics, LLC was and has been a limited liability company composed of one sole member: Coastal Transport, Inc. Coastal Transport, Inc. is a corporation incorporated in Georgia with its principal place of business in Florida. Therefore, Coastal Transport Logistics, LLC is a citizen of the States of Georgia and Florida.

VIII.

At the time of this action and at all times since, L.C. Smith was and has been a resident and domiciliary of the State of Mississippi residing in Gulfport, Mississippi. As such, L.C. Smith is a citizen of the State of Mississippi.

IX.

At the time of this action and at all times since, State Farm Mutual Automobile Insurance Company was and has been a corporation incorporated in the State of Illinois with its principal place of business in Bloomington, Illinois. Therefore, State Farm Mutual Automobile Insurance Company is a citizen of the State of Illinois.

X.

At the time of this action and at all times since, ACE American Insurance Company was and has been a corporation incorporated in the State of Pennsylvania with its principal place of business in Philadelphia, Pennsylvania. Therefore, ACE American Insurance Company is a citizen of the State of Pennsylvania.

XI.

At the time of this action and at all times since, Travelers Casualty and Surety Company of America was and has been a corporation incorporated in the State of Connecticut, with its principal place of business in Hartford, Connecticut. Therefore, Travelers Casualty and Surety Company of America is a citizen of the State of Connecticut.

XII.

Accordingly, complete diversity of citizenship exists between Plaintiff, Beverly Jenkins, and Defendants, CT Transportation, LLC, Coastal Transport Logistics, LLC, L.C. Smith, State Farm Mutual Automobile Insurance Company, ACE American Insurance Company, and

Travelers Casualty and Surety Company of America, as required for original jurisdiction to vest in the United States District Court for the Eastern District of Louisiana under 28 U.S.C.A. §1332.

## AMOUNT IN CONTROVERSY

### XIII.

Plaintiff's Petition for Damages does not specify the amount of damages allegedly sustained as a result of the accident and thus, it is not evident from the face of the Petition that the amount in controversy exceeds $75,000.00.

### XIV.

However, on September 14, 2018, counsel for Plaintiff made a settlement demand to Defendants "in the amount of the policy limits" for the injuries allegedly sustained as a result of this accident. (See settlement demand from Plaintiff's counsel attached hereto as Exhibit C). The limits for Defendants' initial layer of coverage is $1,000,000.00, and therefore, Plaintiff's settlement demand is for $1,000,000.00.

### XV.

Further, attached to the settlement demand of September 14, 2018, Plaintiff's counsel included medical records and bills of Beverly Jenkins for treatment of injuries allegedly sustained in the accident that is the subject of this litigation. Those records indicate that Beverly Jenkins has had cervical and lumbar MRIs, and has been diagnosed with disc herniations at C5-6, C6-7, L4-5, and L5-S1, all of which are allegedly related to the subject accident. Those records also indicate that Beverly Jenkins has been recommended facet injections at C4-7 and L4-S1. As such, Beverly Jenkins is still treating for injuries allegedly sustained in this accident.[1]

### XVI.

---

[1] For the sake of judicial efficiency, all of the medical records and bills that were attached to Plaintiff's settlement demand are not being attached to this Notice of Removal. However, if the Court would like to review those records and bills, Defendants will gladly supplement this Notice of Removal and attach same.

Considering Plaintiff's $1,000,000.00 settlement demand, the medical records that have been provided thus far, and the recommendations for future medical treatment, it is reasonable to conclude that the Beverly Jenkins's alleged damages exceed $75,000.00 and that the amount in controversy requirement of 28 U.S.C.A. §1332 is met.

XVII.

As Defendants first received notice that the amount in controversy exceeds $75,000.00 on September 14, 2018, and this matter is being removed within thirty (30) days of Defendants' receipt of same, this Notice of Removal is timely under 28 U.S.C.A §1446(b)(3).

XVIII.

Since there is complete diversity of citizenship between Plaintiffs and Defendants, and because the amount in controversy exceeds $75,000.00, the United States District Court for the Eastern District of Louisiana is vested with original jurisdiction over this action pursuant to 28 U.S.C.A. §1332 and 28 U.S.C.A. §1441, *et seq*.

XIX.

Pursuant to 28 U.S.C. § 1367, this Honorable Court has supplemental jurisdiction over any and all claims, if any, for which it does not have original jurisdiction.

WHEREFORE, Defendants, CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, L.C. SMITH, ACE AMERICAN INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICAN, pray that this Notice of Removal be deemed good and sufficient and that the aforesaid "Petition for Damages" and "First Supplemental and Amended Petition for Damages" be removed from the Civil District Court for the Parish of Orleans, State of Louisiana to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as

may be proper to bring before it copies of all records and proceedings in such civil action from such state court, and thereupon proceed with the civil action as if it had been commenced originally in this Honorable Court.

                        Respectfully submitted,

                        **The Dill Firm, A.P.L.C.**

BY:    /s/ James M. Dill
                _____
                JAMES M. DILL (Bar Roll #18868)
                G. AUSTIN LOVE (Bar Roll #36554)
                825 Lafayette Street
                Post Office Box 3324
                Lafayette, Louisiana 70502-3324
                Telephone: (337) 261-1408 Ext. 211
                Facsimile: (337) 261-9176
                ATTORNEY FOR CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, L.C. SMITH, ACE AMERICAN INSURANCE COMPANY, AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## **CERTIFICATE**

    **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by first class United States mail, properly addressed, postage prepaid, at the last known address.

    Lafayette, Louisiana, this 11th day of October, 2018.

                        /s/ James M. Dill
                  _____
                    JAMES M. DILL