FILED

2018 JUN 20 ℗ 3: 13



**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

CIVIL DISTRICT COURT

**STATE OF LOUISIANA**

NO. 17 - 6085

DIVISION "C"

**BEVERLY JENKINS**

**VERSUS**

**SECTION 10**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

CIVIL COURTS BUILDING
421 LOYOLA AVENUE ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

**(in its capacity as uninsured/underinsured motorist carrier)**

FILED: _____

DEPUTY CLERK

**PETITION FOR DAMAGES**

| | |
|---|---|
| Receipt Date | 6/20/2018 3:25:00 PM |
| Receipt Number | 700401 |
| | ehankston |
| Register | CDCCASH1 |
| Case Number | 2018 - 06085 |

The Petition of **BEVERLY JENKINS**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, respectfully represents:

| | |
|---|---|
| Charged Amount | $514.50 |
| Amount Received | $514.50 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

I.

Made defendants herein are:

Payment / Transaction List

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana;

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $24.50 | $24.50 | $0.00 |
| Supreme Court Processing Fee | $10.00 | $10.00 | $0.00 |

**CT TRANSPORTATION, LLC**, a foreign corporation authorized to do and doing business in the State of Louisiana;

**COASTAL TRANSPORT LOGISTICS, LLC**, a foreign corporation authorized to do and doing business in the State of Louisiana;

**LARRY SMITH AKA L.C. SMITH**, a person of the full age of majority and a resident of the State of Mississippi; and

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such

VERIFIED

Stacey dafonta Ol...



EXHIBIT
A

damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, rental expenses, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **August 15, 2017,** an accident occurred on or about Interstate 10 at or near the Louisa exit in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **CT TRANSPORTATION, LLC** and/or **COASTAL TRANSPORT LOGISTICS, LLC** and operated by **LARRY SMITH AKA L.C. SMITH** improperly changed lanes and struck the vehicle owned by ENTERPRISE RENT A CAR and operated by **BEVERLY JENKINS.**

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **LARRY SMITH AKA L.C. SMITH,** which is attributed to, but not limited to, the following non-exclusive particulars:

a) Improper lane usage;

b) Cutting in;

c) Failure to maintain a safe distance from other vehicles;

d) Failure to see what he should have seen;

e) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

f) Failure to maintain reasonable and proper control of the vehicle which he was operating;

g) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

h) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **LARRY SMITH AKA L.C. SMITH**, Petitioner, **BEVERLY JENKINS**, was injured and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **LARRY SMITH AKA L.C. SMITH** was on a mission and/or errand for **CT TRANSPORTATION, LLC** and/or **COASTAL TRANSPORT LOGISTICS, LLC** on the date of this accident, thus rendering said defendants, **CT TRANSPORTATION, LLC** and/or **COASTAL TRANSPORT LOGISTICS, LLC** vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** provided a policy of automobile liability insurance on the vehicle owned by **CT TRANSPORTATION, LLC** and/or **COASTAL TRANSPORT LOGISTICS, LLC** and operated by **LARRY SMITH AKA L.C. SMITH**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, liable unto Petitioner with the other named defendants.

VIII.

Upon information and belief, defendants, **CT TRANSPORTATION, LLC** and/or **COASTAL TRANSPORT LOGISTICS, LLC** and **LARRY SMITH** are underinsured to fully compensate Petitioner for her damages. At all relevant times, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** provided a policy of uninsured/underinsured motorist coverage on the vehicle owned by ENTERPRISE RENT A CAR and operated by **BEVERLY JENKINS** on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

IX.

**WHEREFORE,** Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier),** jointly and *in solido* in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, rental expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

EDWARD J. WOMAC, JR. #02195
HUNTLEIGH GILBARD #36857
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
hgilbard@edwardwomac.com

**PLEASE SERVE:**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**CT TRANSPORTATION, LLC (through the Louisiana Long Arm Statute)**
Through Its Registered Agent for Service of Process:
Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

**COASTAL TRANSPORT LOGISTICS, LLC (through the Louisiana Long Arm Statute)**
Through Its Registered Agent for Service of Process:
Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

**LARRY SMITH AKA L.C. SMITH (through the Louisiana Long Arm Statute)**
1922 39th Avenue
Gulfport, Mississippi 39501

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**(in its capacity as uninsured/underinsured motorist carrier)**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:   1619 Valence Street , New Orleans, LA 70115

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2018-06085                 DIVISION: C                 SECTION: 10

JENKINS, BEVERLY

Versus

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:        TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by _____
                                                Tracy Lafonta, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME: Gilbard, Huntleigh F 36857
AND ADDRESS: 1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-06085      DIVISION: C      SECTION: 10

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:      TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

THROUGH:      ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Tracy Lafonta, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | No. _____ |
| _____ / ENTERED / | Deputy Sheriff of _____ |
| PAPER    RETURN / | |
| _____ / _____ / | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:   1619 Valence Street , New Orleans, LA 70115

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:   SMITH, LARRY AKA, SMITH, L.C.

THROUGH:   THE LOUISIANA LONG ARM STATUTE

1922 39TH AVENUE, GULFPORT, MS 39501

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

<u>PETITION FOR DAMAGES</u>

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
**Tracy Lafonta, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON  SMITH, LARRY AKA, SMITH, L.C. | ON  SMITH, LARRY AKA, SMITH, L.C. |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE | THROUGH:  THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said SMITH, LARRY AKA, SMITH, L.C. being absent from the domicile at time of said service. |
| _____ /ENTERED / | Returned the same day |
| PAPER | RETURN | _____ No. _____ |
| _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO. | DEPUTY | PARISH | |

ATTORNEY'S NAME:  Gilbard, Huntleigh F 36857
AND ADDRESS:     1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

#### CITATION - LONG ARM

TO:        SMITH, LARRY AKA, SMITH, L.C.
THROUGH:   THE LOUISIANA LONG ARM STATUTE
           1922 39TH AVENUE, GULFPORT, MS 39501

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 21, 2018

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Tracy Lafonta, Deputy Clerk

| SHERIFF'S RETURN | |
|---|---|
| (for use of process servers only) | |
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION FOR DAMAGES** | **PETITION FOR DAMAGES** |
| ON  SMITH, LARRY AKA, SMITH, L.C. | ON  SMITH, LARRY AKA, SMITH, L.C. |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE | THROUGH:  THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SMITH, LARRY AKA, SMITH, L.C. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:          1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2018-06085**          **DIVISION: C**          **SECTION: 10**

JENKINS, BEVERLY

**Versus**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL**

**CITATION - LONG ARM**

TO:           CT TRANSPORTATION, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Tracy Lafonta, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON CT TRANSPORTATION, LLC | ON CT TRANSPORTATION, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CT TRANSPORTATION, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____/_____          _____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:        1619 Valence Street , New Orleans, LA 70115

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

#### Versus

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

#### CITATION - LONG ARM

TO:        CT TRANSPORTATION, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
           PROCESS: CORPORATION SERVICE COMPANY
           40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
    ********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 21, 2018

**Clerk's Office, Room 402, Civil Courts**         CHELSEY RICHARD NAPOLEON, Clerk of
**421 Loyola Avenue**                              The Civil District Court
**New Orleans, LA**                                for the Parish of Orleans
                                                   State of LA
                                                   by _____
                                                   Tracy Lafonta, Deputy Clerk

### SHERIFF'S RETURN
#### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON CT TRANSPORTATION, LLC | ON CT TRANSPORTATION, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CT TRANSPORTATION, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / | Returned the same day |
|  PAPER          RETURN | _____ No. _____ |
| _____ / _____ | Deputy Sheriff of _____ |
|  SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:          1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:          COASTAL TRANSPORT LOGISTICS, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
PROCESS: CORPORATION SERVICE COMPANY
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 21, 2018**

| Clerk's Office, Room 402, Civil Courts<br>421 Loyola Avenue<br>New Orleans, LA | **CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>Tracy Lafonta, Deputy Clerk** |
|---|---|

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of<br>the within | On this _____ day of _____ _____ served a copy of<br>the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON  COASTAL TRANSPORT LOGISTICS, LLC | ON  COASTAL TRANSPORT LOGISTICS, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS<br>REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION<br>SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS<br>REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION<br>SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of<br>_____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose<br>name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said COASTAL TRANSPORT LOGISTICS, LLC being absent<br>from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / | _____ No. _____ |
| PAPER               RETURN | Deputy Sheriff of _____ |
| _____/_____                    _____/_____ |  |
| SERIAL NO.      DEPUTY         PARISH |  |

| ATTORNEY'S NAME: | Gilbard, Huntleigh F 36857 |
|---|---|
| AND ADDRESS: | 1619 Valence Street , New Orleans, LA 70115 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|
| | JENKINS, BEVERLY | |

**Versus**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL**

### CITATION - LONG ARM

TO:  COASTAL TRANSPORT LOGISTICS, LLC

THROUGH:  THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans,
State of LA
by
Tracy Lafonta, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON COASTAL TRANSPORT LOGISTICS, LLC | ON COASTAL TRANSPORT LOGISTICS, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said COASTAL TRANSPORT LOGISTICS, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER        RETURN | Deputy Sheriff of _____ |
| ____/_____/____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9948715

Page 1 of 1

ATTORNEY'S NAME: Gilbard, Huntleigh F 36857
AND ADDRESS: 1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

**CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by**
**Tracy Lafonta, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION FOR DAMAGES** | **PETITION FOR DAMAGES** |
| ON  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) | ON  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ /ENTERED / _____ | _____ No. _____ |
| PAPER             RETURN | Deputy Sheriff of _____ |
| _____/_____/_____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:  Gilbard, Huntleigh F 36857
AND ADDRESS:    1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:      STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

               8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 21, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Tracy Lafonta, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) | ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER) being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER    RETURN | Deputy Sheriff of _____ |
| _____ / _____ | |
| SERIAL NO.  DEPUTY  PARISH | |

FILED

2018 JUL 27 P 3:01

_DISTRICT COURT_

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.  18-6085                    **DIVISION "C"**                    **SECTION 10**

**BEVERLY JENKINS**

**VERSUS**

**ACE AMERICAN INSURANCE COMPANY, ET AL**

FILED: _____          _____
                                         **DEPUTY CLERK**

                                         CHELSEY RICHARD NAPOLEON
**AFFIDAVIT OF SERVICE OR PROCESS - LONG ARM** COURT
                                         402 CIVIL COURTS BUILDING
**BEFORE ME**, the undersigned Notary Public, personally came and appeared:
                                         NEW ORLEANS, LA 70112
               **HUNTLEIGH F. GILBARD** 00.00

who, first being duly sworn, did depose and say that he received a true copy of the Citation and   Receipt Date    7/27/2018 3:05:00 PM
                                                                       Receipt Number    707448
Petition for Damages filed on June 20, 2018; that he mailed same by Certified Mail to defendant,   Cashier    Caliste
                                                                       Register    COCCASH5
**COASTAL TRANSPORT LOGISITICS, LLC.**, on July 3, 2018; and that same was received

on July 10, 2018, as more fully appears from the annexed copy of the post office return for   Grand Total    $8.00
                                                                       Amount Received    $8.00
Certified Mail Number 7017 0530 0000 1541 4682. (See Exhibit "A").   Balance Due    $0.00
                                                                       Over Payment    $0.00
New Orleans, Louisiana, this 27 day of July, 2018.   Payment/Transac
                                                     Check # 36750  $8.00



               **HUNTLEIGH E. GILBARD**
                       Item              Charged    Paid    Bal
                       Affidavit of Service    $0.00    $0.00    $0.00
                       Exhibits (Paper)    $8.00    $8.00    $0.00

SWORN TO AND SUBSCRIBED BEFORE
ME, THIS 27 DAY OF July, 2018.

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life

VERIFIED
B.T. 2018

7/11/2018                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

FILED

2018 JUL 27 P 3:01

Tracking Number: 70170530000015414682                                    Remove ✕

Your item was picked up at a postal facility at 9:48 am on July 10, 2018 in PEACHTREE CORNERS, GA 30092.

⊘ **Delivered**

July 10, 2018 at 9:48 am
Delivered, Individual Picked Up at Postal Facility
PEACHTREE CORNERS, GA 30092

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌃ |

**July 10, 2018, 9:48 am**
Delivered, Individual Picked Up at Postal Facility
PEACHTREE CORNERS, GA 30092
Your item was picked up at a postal facility at 9:48 am on July 10, 2018 in PEACHTREE CORNERS, GA 30092.

**July 6, 2018, 9:33 pm**
Departed USPS Regional Facility
ATLANTA NORTH METRO DISTRIBUTION CENTER

**July 8, 2018**
In Transit to Next Facility

**July 7, 2018, 3:31 pm**
Arrived at USPS Regional Facility
ATLANTA NORTH METRO DISTRIBUTION CENTER

**July 7, 2018**
In Transit to Next Facility

**July 6, 2018**
In Transit to Next Facility

**July 5, 2018, 8:51 pm**
Arrived at USPS Regional Facility
NEW ORLEANS LA DISTRIBUTION CENTER

| Product Information | ⌄ |
|---|---|

See Less ⌃

Exhibit A   VERIFIED
p. 1/2

# EDWARD T. WOMAC, JR. & ASSOCIATES, LLC
### ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN
HUNTLEIGH F. GILBARD
BRIAN T. HILL
JACOB G. POWELL

FILED
2018 JUL 27

July 3, 2018

**VIA CERTIFIED MAIL/RETURN**
**RECEIPT REQUESTED & U.S. MAIL**
Coastal Transport Logistics, LLC
Through its Registered Agent for Service of Process
Corporation Service Company
Through the Louisiana Long Arm Statute
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Re:   **BEVERLY JENKINS vs. TRAVELERS CASUALTY AND SURETY COMPANY**
**OF AMERICA, ET AL,**
*Civil District CourtNo. 18-6085, Div. "L-06"*

Dear Sir or Madam:

Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

Therefore, please forward a copy of the Petition for Damages to your counsel immediately so that no adverse action is taken against you.

Yours very truly,

Huntleigh Gilbard

HFG/hfg
Enclosure: as indicated

Exhibit A   p.2/2

VERIFIED

WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053
MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:   1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-06085        DIVISION: C        SECTION: 10

JENKINS, BEVERLY

**Versus**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:        COASTAL TRANSPORT LOGISTICS, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
           PROCESS: CORPORATION SERVICE COMPANY

           40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 21, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Tracy Lafonta, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____, served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON COASTAL TRANSPORT LOGISTICS, LLC | ON COASTAL TRANSPORT LOGISTICS, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said COASTAL TRANSPORT LOGISTICS, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER          RETURN | |
| ____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 9948715                    Page 1 of 1

DISTRICT COURT

2018 JUN 21 P 3 01

FILED

FILED

2018 JUL 27 P 3:00

DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 18-6085        **DIVISION "C"**        **SECTION 10**

### BEVERLY JENKINS

### VERSUS

### ACE AMERICAN INSURANCE COMPANY, ET AL

FILED: _____

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT

**DEPUTY CLERK** BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

BEFORE ME, the undersigned Notary Public, personally came and appeared 2:00 PM

Receipt Number   707448

### HUNTLEIGH F. GILBARD    gallen

Register      CDCCASH3

who, first being duly sworn, did depose and say that he received a true copy of the Citation and

Case Number   2018-06085

Petition for Damages filed on June 20, 2018 that he mailed same by Certified Mail to defendant,

Amount Received   $4.00

**CT TRANSPORTATION, LLC.,** on July 3, 2018, and that same was received on July 10,

Over Payment    $ 0.00

2018, as more fully appears from the annexed copy of the Post Office return for Certified Mail

Payment Transaction List

Number **7017 0530 0000 1541 4668.** (See Exhibit "A").

Check #   178750   $4.00

New Orleans, Louisiana, this 27 day of July, 2018.

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Affidavit of Service | $0.00 | $0.00 | $0.00 |
| Exhibit | $4.00 | $4.00 | $0.00 |

**HUNTLEIGH F. GILBARD**

SWORN TO AND SUBSCRIBED BEFORE
ME, THIS 27 DAY OF July, 2018.

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life

VERIFIED
7-31-18

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

### ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488
www.edwardwomac

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

July 3, 2018

**VIA CERTIFIED MAIL/RETURN
RECEIPT REQUESTED & U.S. MAIL**
CT Transportation, LLC
Through its Registered Agent for Service of Process
Corporation Service Company
Through the Louisiana Long Arm Statute
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Re:   BEVERLY JENKINS vs. TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA, ET AL,
*Civil District Court No.* 18-6085, Div. "L-06"

Dear Sir or Madam:

Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long
Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days

[... counsel immediately so that no ...]



Exhibit A

VERIFIED

| ATTORNEY'S NAME: | Gilbard, Huntleigh F 36857 |
|---|---|
| AND ADDRESS: | 1619 Valence Street , New Orleans, LA 70115 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2018-06085          DIVISION: C          SECTION: 10

JENKINS, BEVERLY

**Versus**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

## CITATION - LONG ARM

TO:          CT TRANSPORTATION, LLC

THROUGH:     THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
             PROCESS: CORPORATION SERVICE COMPANY
             40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 21, 2018

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Tracy Lafonta, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON CT TRANSPORTATION, LLC | ON CT TRANSPORTATION, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CT TRANSPORTATION, LLC being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| SERIAL NO.     DEPUTY     PARISH | Deputy Sheriff of _____ |

ID: 9948710                    Page 1 of 1                    

FILED

2018 JUL 26  P 1: 43

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

CIVIL

STATE OF LOUISIANA    DISTRICT COURT

NO.  18-6085                    DIVISION "C"                    SECTION 10

BEVERLY JENKINS

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
FILED:_____   421 LOYOLA AVENUE - ROOM 402
                                 DEPUTY CLERK
NEW ORLEANS, LA 70112

**AFFIDAVIT OF SERVICE OF PROCESS -LONG-ARM UNCLAIMED**

**BEFORE ME,** the undersigned Notary Public, personally came and appeared:

Receipt Date     7/26/2018 1:46:00 PM
Receipt Number    707145

**HUNTLEIGH F. GILBARD**                  gallan
Register                  CDCCASH3

who, first being duly sworn, did depose and say that he received a true copy of the Citation and

Petition for Damages filed on June 20, 2018; that he mailed same by Certified Mail to defendant,
Grand Total         $ 4.00
Amount Received     $ 20.00
**LARRY SMITH,** on July 3, 2018; and that same was returned unclaimed on July 25, 2018, as
Balance Due         $ 0.00
Change Due          $ 16.00
more fully appears from the annexed copy of the post office return for Certified Mail Number

Cash  $20.00
7017 0530 0000 1541 4675 (See Exhibit "A").

New Orleans, Louisiana, this 25th day of July, 2018.

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Affidavit of Service | $0.00 | $0.00 | $0.00 |
| Exhibits (Taped) | $4.00 | $4.00 | $0.00 |

**HUNTLEIGH F. GILBARD**

SWORN TO AND SUBSCRIBED BEFORE
ME, THIS 25TH DAY OF JULY, 2018.

Bar Number: 34523

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life





FILED

2018 JUL 30 P 3: 13

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-6085                DIVISION "C"           SECTION 10

BEVERLY JENKINS

VS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL

FILED:_____          _____
                                      DEPUTY CLERK

## MOTION AND ORDER TO FILE PLAINTIFF'S
## FIRST SUPPLEMENTAL AND AMENDING PETITION

Plaintiff desires to supplement and amend their original petition for damages, with Plaintiff's

First Supplemental and Amending Petition, by amending the caption and paragraphs and adding

additional paragraphs as more fully set forth in the attached Supplemental and Amending Petition.

Plaintiff respectfully moves for leave of Court to file their First Supplemental and Amending

Petition.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES

_____

EDWARD J. WOMAC, JR. #02195
HUNTLEIGH GILBARD #36857
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178

VERIFIED
Tracy LaFonta 08.01.18

FILED

2018 JUL 30 P 3: 13

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-6085          DIVISION "C"          SECTION 10

BEVERLY JENKINS

VS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL

FILED:_____          _____
                                              DEPUTY CLERK

## ORDER

Considering the foregoing, it is **ORDERED** that the Plaintiff be granted leave by this Court to file their First Supplemental and Amending Petition, change the caption of the Petition, amend and add paragraphs in the Petition.

New Orleans, Louisiana this_____day of_____, 2018.

_____
JUDGE SIDNEY H. CATES IV

VERIFIED

FILED

2018 JUL 30 P 3:13

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-6085          DIVISION "C"          SECTION 10

BEVERLY JENKINS

VS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL

FILED:_____          _____

                                                          DEPUTY CLERK

## ORDER

Considering the foregoing, it is **ORDERED** that the Plaintiff be granted leave by this Court to file their First Supplemental and Amending Petition, change the caption of the Petition, amend and add paragraphs in the Petition.

New Orleans, Louisiana this____ day of_____, 2018.

JUDGE SIDNEY H. CATES IV

ENTERED ON MINUTES

AUG 09 2018

CHARLENE WILLIAMS

VERIFIED

8/10/18

FILED

2018 JUL 30 P 3:13

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

**NO. 18-6085**        **DIVISION "C"**        SECTION 10

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT

**BEVERLY JENKINS**    CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
**VS**        NEW ORLEANS, LA 70112
504 - 407 - 0000

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL,**

| | |
|---|---|
| | Wed 2018-8-1 12:00 PM |
| Receipt Number | 707685 |
| Cashier | cvaughn |
| Register | CDCCASH1 |

**FILED:** _____

~~DEPUTY CLERK~~

| | |
|---|---|
| Case Number | 2018 - 06085 |
| Grand Total | $ 322.50 |

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED PETITION

| | |
|---|---|
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment/Transaction List

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **BEVERLY**

Check # 178797 $322.50

**JENKINS**, who moves this Court for leave to amend her original petition in the following respects:

I.

| Item | Charged | Paid | Bal |
|---|---|---|---|
| [[By amending the caption of the original petition to read as follows: Amending Petition | $141.50 | $141.50 | $0.00 |
| Additional Defendant | $25.00 | $25.00 | $0.00 |
| Certified Copies | $141.00 | $141.00 | $0.00 |
| | $15.00 | $15.00 | $0.00 |

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NO. 18-6085**        **DIVISION "C"**        **SECTION 10**

**BEVERLY JENKINS**

**VS**

**ACE AMERICAN INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**(in its capacity as an uninsured/underinsured motorist carrier)**

II.

By adding the following additional defendants:

**ACE AMERICAN INSURANCE COMPANY**, a foreign insurance company authorized to

do and doing business in the State of Louisiana.

VERIFIED

Juacydafinta 08.01.18

III.

By adding Paragraph 7 to read as follows:

Upon information and belief, it is alleged that at all times material hereto, **ACE AMERICAN INSURANCE COMPANY** provided policies of liability insurance on the vehicle owned by **CT TRANSPORTATION, LLC** and/or **COASTAL TRANSPORT LOGISTICS, LLC** and operated by **LARRY SMITH AKA L.C. SMITH** on the date of this accident, which said policy coverage for the type of loss sued upon herein, thus rendering the said defendants, **ACE AMERICAN INSURANCE COMPANY** liable unto Petitioner with the other named defendants.

IV.

WHEREFORE, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the defendants, **ACE AMERICAN INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/underinsured motorist carrier)**, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fee, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

FILED

2018 JUL 30 P 3: 13

CIVIL
DISTRICT COURT

Respectfully submitted,

**LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC**

**EDWARD J. WOMAC, JR. #02195**
**HUNTLEIGH GILBARD #36857**
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178

**PLEASE SERVE A COPY OF THE ORIGINAL PETITION AND FIRST SUPPLEMENTAL &
AMENDING PETITION ON:**

**ACE AMERICAN INSURANCE COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PLEASE SERVE A COPY OF THE FIRST SUPPLEMENTAL & AMENDING PETITION ON:**

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**CT TRANSPORTATION, LLC (through the Louisiana Long Arm Statute)**
Through Its Registered Agent for Service of Process:
Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

**COASTAL TRANSPORT LOGISTICS, LLC (through the Louisiana Long Arm Statute)**
Through Its Registered Agent for Service of Process:
Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

**LARRY SMITH AKA L.C. SMITH (through the Louisiana Long Arm Statute)**
1922 39th Avenue
Gulfport, Mississippi 39501

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**(in its capacity as uninsured/underinsured motorist carrier)**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN
HUNTLEIGH F. GILBARD
BRIAN T. HILL
JACOB G. POWELL
KELLY C. SIMPSON
JOSEPH G. LASSALLE
WISHKARANJIT "VIC" SARAI

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

July 30, 2018



*Via Hand Delivery*
Clerk of Court
Civil District Court for Parish of Orleans
421 Loyola Avenue
Room 402
New Orleans, LA 70112

RE:    *BEVERLY JENKINS vs. ACE AMERICAN INSURANCE COMPANY, ET AL*
       CIVIL DISTRICT COURT No. 18-6085, Div. C, Section 10

Dear Clerk of Court:

     Please find enclosed an original and seven (7) copies of the First Supplemental and Amending Petition for Damages in the above referenced matter. Also, find enclosed a copy of the initial Petition for Damages, which should be re-certified and remitted to the Sheriff's Office for service. Please file and return one (1) conformed copy of the First Supplemental and Amending Petition back to me.

     Also, please find enclosed a check in the amount of $322.50 made payable to the Clerk of Court for filing and re-certifying fees.

Yours very truly,

Huntleigh Gilbard

HFG/mld
Enclosures

VERIFIED

WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:   1619 Valence Street , New Orleans, LA 70115

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

## CITATION

TO:       ACE AMERICAN INSURANCE COMPANY

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF
STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE
PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR
DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Christine Thrift, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES | PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES |
| ON ACE AMERICAN INSURANCE COMPANY | ON ACE AMERICAN INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating HIM/HER the said ACE AMERICAN INSURANCE COMPANY being absent |
| Mileage: $ _____ | from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____/_____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.       DEPUTY       PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:        1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:         ACE AMERICAN INSURANCE COMPANY

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF
            STATE

            8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE
PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR
DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES | PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES |
| ON ACE AMERICAN INSURANCE COMPANY | ON ACE AMERICAN INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ACE AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME: Gilbard, Huntleigh F 36857
AND ADDRESS: 1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

#### Versus

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

#### CITATION

TO: ACE AMERICAN INSURANCE COMPANY

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
**Christine Thrift, Deputy Clerk**

#### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES | PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES |
| ON ACE AMERICAN INSURANCE COMPANY | ON ACE AMERICAN INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ACE AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____/ ENTERED / _____ | _____ No. _____ |
| PAPER     RETURN | Deputy Sheriff of _____ |
| _____/ _____/ | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:     1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

#### Versus

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:       ACE AMERICAN INSURANCE COMPANY

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

           8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES | PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION/ MOTION AND ORDER TO FILE PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDING PETITION/ AND PETITION FOR DAMAGES |
| ON ACE AMERICAN INSURANCE COMPANY | ON ACE AMERICAN INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ACE AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| PAPER    RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.  DEPUTY  PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:       1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

#### CITATION

TO:        STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF
           STATE
           8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED
PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Christine Thrift, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____, served a copy of the within | On this _____ day of _____ _____, served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ON  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:  Gilbard, Huntleigh F 36857
AND ADDRESS:         1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:             STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

                    8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018**

Clerk's Office, Room 402, Civil Courts            CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                                        The Civil District Court
New Orleans, LA                                           for the Parish of Orleans
                                                                 State of LA
                                                                 by
                                                                 **Christine Thrift, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ON STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| /          / | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9989366                        Page 1 of 1

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:        1619 Valence Street , New Orleans, LA 70115

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:        CT TRANSPORTATION, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
           40 TECHNOLOGY PARKWAY SOUTH, SUITE # 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)

days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through

the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018**

| Clerk's Office, Room 402, Civil Courts | CHELSEY RICHARD NAPOLEON, Clerk of |
|---|---|
| 421 Loyola Avenue | The Civil District Court |
| New Orleans, LA | for the Parish of Orleans |
| | State of LA |
| | by _____ |
| | **Christine Thrift, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON CT TRANSPORTATION, LLC | ON CT TRANSPORTATION, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CT TRANSPORTATION, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ /ENTERED / _____ | Returned the same day |
| PAPER           RETURN | _____ No. _____ |
| _____ /_____ /_____ | Deputy Sheriff of _____ |
| SERIAL NO.      DEPUTY      PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:       1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-06085          DIVISION; C          SECTION: 10

JENKINS, BEVERLY

**Versus**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:        CT TRANSPORTATION, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF
           PROCESS: CORPORATION SERVICE COMPANY
           40 TECHNOLOGY PARKWAY SOUTH, SUITE # 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED
PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON CT TRANSPORTATION, LLC | ON CT TRANSPORTATION, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CT TRANSPORTATION, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:   1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|
| | JENKINS, BEVERLY | |

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:   TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018**

| | |
|---|---|
| **Clerk's Office, Room 402, Civil Courts** <br> **421 Loyola Avenue** <br> **New Orleans, LA** | **CHELSEY RICHARD NAPOLEON, Clerk of** <br> **The Civil District Court** <br> **for the Parish of Orleans** <br> **State of LA** <br> **by** <br> **Christine Thrift, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON  TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ON  TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned from the HIMMER the said TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____/_____      _____/_____ | |
| SERIAL NO.      DEPUTY      PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:      1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION

TO:        TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF
           STATE
           8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED
PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018**

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by _____
                                                Christine Thrift, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | ON TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | No. _____ |
| / ENTERED / | Deputy Sheriff of _____ |
| PAPER        RETURN | |
| ____/____/____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:       1619 Valence Street , New Orleans, LA 70115

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:        COASTAL TRANSPORT LOGISTICS, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
           PROCESS: CORPORATION SERVICE COMPANY
           40 TECHNOLOGY PARKWAY SOUTH, SUITE # 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED
PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018**

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                                The Civil District Court
New Orleans, LA                                  for the Parish of Orleans
                                                 State of LA
                                                 by _____
                                                 **Christine Thrift, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON COASTAL TRANSPORT LOGISTICS, LLC | ON COASTAL TRANSPORT LOGISTICS, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said COASTAL TRANSPORT LOGISTICS, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER | RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO. | DEPUTY | PARISH | |

ID: 9989364                    Page 1 of 1

ATTORNEY'S NAME:    Gilbard, Huntleigh F 36857
AND ADDRESS:            1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:          COASTAL TRANSPORT LOGISTICS, LLC

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
               PROCESS: CORPORATION SERVICE COMPANY
               40 TECHNOLOGY PARKWAY SOUTH, SUITE # 300, NORCROSS, GA 30092

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED
PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA August 10, 2018

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                                       The Civil District Court
New Orleans, LA                                          for the Parish of Orleans
                                                              State of LA
                                                              by
                                                              Christine Thrift, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON COASTAL TRANSPORT LOGISTICS, LLC | ON  COASTAL TRANSPORT LOGISTICS, LLC |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF  PROCESS: CORPORATION SERVICE COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said COASTAL TRANSPORT LOGISTICS, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage $ _____ | _____ No. _____ |
| / ENTERED / | Deputy Sheriff of _____ |

| PAPER | RETURN |
|---|---|
| _____ / _____ | |
| SERIAL NO. | DEPUTY | PARISH |

ATTORNEY'S NAME:   Gilbard, Huntleigh F 36857
AND ADDRESS:       1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |

JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:        SMITH, LARRY AKA, SMITH, L.C.

THROUGH:   THE LOUISIANA LONG ARM STATUTE

           1922 39TH AVENUE, GULFPORT, MS 39501

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018

| Clerk's Office, Room 402, Civil Courts<br>421 Loyola Avenue<br>New Orleans, LA | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>**Christine Thrift, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
| --- | --- |
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON  SMITH, LARRY AKA, SMITH, L.C. | ON  SMITH, LARRY AKA, SMITH, L.C. |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE | THROUGH:  THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SMITH, LARRY AKA, SMITH, L.C. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / | Deputy Sheriff of _____ |
| PAPER      RETURN | |
| ____/____ ____/____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 9989365                          Page 1 of 1

ATTORNEY'S NAME:    Gilbard, Huntleigh F 36857
AND ADDRESS:    1619 Valence Street , New Orleans, LA 70115

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-06085 | DIVISION: C | SECTION: 10 |
|---|---|---|

JENKINS, BEVERLY

**Versus**

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ET AL

### CITATION - LONG ARM

TO:        SMITH, LARRY AKA, SMITH, L.C.

THROUGH:   THE LOUISIANA LONG ARM STATUTE

           1922 39TH AVENUE, GULFPORT, MS 39501

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 10, 2018**

Clerk's Office, Room 402, Civil Courts        CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by
                                              Christine Thrift, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION | Supplemental and/or Amending Petition PLAINTIFF'S " FIRST " SUPPLEMENTAL AND AMENDED PETITION |
| ON SMITH, LARRY AKA, SMITH, L.C. | ON SMITH, LARRY AKA, SMITH, L.C. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SMITH, LARRY AKA, SMITH, L.C. being absent from the |
| Deputy Sheriff of _____ | domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ /ENTERED / _____ | _____ No. _____ |
| PAPER                    RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.      DEPUTY      PARISH | |

**CLERK OF CIVIL DISTRICT COURT**



| | |
|---|---|
| **CIVIL DIVISION** | **LAND RECORDS DIVISION** |
| 421 Loyola Avenue, Room 402 | 1340 Poydras Street, 4th Floor |
| New Orleans, Louisiana 70112 | New Orleans, Louisiana 70112 |
| cdcclerk@orleanscdc.com | civilclerklandrecords@orleanscdc.com |
| Telephone: (504) 407-0000 | Telephone: (504) 407-0005 |
| Fax: (504) 592-9128 | |

*Chelsey Richard Napoleon*
**Clerk of Court and Ex-Officio Recorder**

August 27, 2018

G. Austin Love
Attorney at Law
825 Lafayette St.
P. O. Box 3324
Lafayette, LA 70502-3324

**RE:** *Beverly Jenkins, versus Travelers Casualty And Surety Company of America, et al*
*CDC No. 2018-06085 Division "C-10"*
**Answer to Petition for Damages / Fees Due**

Dear Mr. Love:

This office is in receipt of the Answer to Petition for Damages referenced in the above-captioned matter filed August 15, 2018. There are fees due in the amount of **$1067.00**. The fees are as follows:

| | |
|---|---|
| Fax Fee | $5.00 |
| Answer | $272.00 |
| Jury Deposit | $780.00 |
| Extra Pages | $10.00 |
| **Total Due** | **$1067.00** |

Please remit the above amount payable to the Clerk of Court within seven (7) business days of the date of this correspondence. For a full list of filing fees, please visit www.orleanscivilclerk.com. If you have any questions contact the Section Head for Division "C-10" at (504) 407-0035.

Your prompt attention to this matter is appreciated.

Sincerely,

(for)   Chelsey Richard Napoleon
Clerk, Civil District Court

VERIFIED
9/10/18

CRN/jaj



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.  18-6085                    DIVISION "C"                    SECTION 10

BEVERLY JENKINS

VERSUS

ACE AMERICAN INSURANCE COMPANY, ET AL

FILED: _____        _____
                                          **DEPUTY CLERK**

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

HUNTLEIGH F. GILBARD, RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT

who, first being duly sworn, did depose and say that he/she received a true copy of the Citation
421 LOYOLA AVENUE · ROOM 402
and Petition for Damages filed on June 20, 2018 herewith and mailed same by Certified Mail to
504 · 407 · 0000
defendant, **LARRY SMITH AKA L.C. SMITH**, on August 22, 2018; and that same was
Receipt Date        6/30/2018 3:19:00 PM
received on August 24, 2018, signed by **LARRY SMITH AKA L.C. SMITH**, as more fully
Receipt Number    713560
Cashier            gallen
appears from the annexed copy of the post office return for Certified Mail Number 7017 0530
Register           CDC Cash Register 3
0000 1542 1345. (See Exhibit "A").
Case Number       2018-06085
Grand Total       $ 2.00
New Orleans, Louisiana, this _29_ day of Au3u3t, 2018.
Amount Received   $ 2.00
Balance Due        $ 0.00
Change Due         $ 0.00
Payment / Transaction List
HUNTLEIGH F. GILBARD

SWORN TO AND SUBSCRIBED BEFORE

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Affidavit of Service | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $2.00 | $2.00 | $0.00 |

ME, THIS 29 DAY OF August, 2018.

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life

VERIFIED
9-20-18

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN
HUNTLEIGH F. GILBARD
BRIAN T. HILL

August 20, 2018

**VIA CERTIFIED MAIL U.S. MAIL**
Larry Smith AKA L.C. Smith
1922 39th Ave.
Gulfport, MS 39501

Re:   **BEVERLY JENKINS vs. ACE AMERICA**
      *Civil District Court No. 18-6085, Div. "L-06"*

Dear Mr. Smith:

Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

Therefore, please forward a copy of the Petition for Damages to your counsel immediately so that no adverse action is taken against you.



Exhibit A

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

### ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN
HUNTLEIGH F. GILBARD
BRIAN T. HILL
JACOB G. POWELL
KELLY C. SIMPSON
JOSEPH G. LASSALLE
WISHKARANJIT "VIC" SARAI

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

August 29, 2018

**RECEIVED**
*Reply to Canal Street Office*
AUG 3 0 2018
CLERK OF COURT
CIVIL DISTRICT COURT

**_Via Hand Delivery_**
Clerk of Court
Civil District Court
421 Loyola Ave #402
New Orleans, LA 70112

RE:   *BEVERLY JENKINS vs. ACE AMERICAN INSURANCE COMPANY, ET AL*
      Civil District Court, No. 18-6085, Div. C, Sec. 10

Dear Clerk of Court:

Enclosed for your review and records is one (1) original and one (1) copy of an Affidavit of Service of Larry Smtih AKA L.C. Smith, prepared in connection with the above-referenced proceeding. Kindly file the original into the record of these proceedings and return a clocked-in, conformed copy of same to me.

Should you have any questions or require additional information, please do not hesitate to contact me, or in my absence, you may speak with my legal assistant, Michelle Duggan.

With kind regards, I remain

Yours very truly,

Huntleigh Gilbard

HFG/mld
Enclosures
cc: w/ encl.    austin love, Esq. (Fax No. (337) 261-9176)

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-6085                                                    DIVISION C-10

BEVERLY JENKINS

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes Defendant, L.C. SMITH,

incorrectly named as "Larry Smith aka L.C. Smith" who, for answer to Plaintiff's Petition for

Damages respectfully avers:

1.

Except to admit the status and domicile of L.C. SMITH, the allegations of paragraph one

of Plaintiff's Petition for Damages are denied for lack of sufficient information upon which to

justify a belief therein.

2.

The allegations of paragraph two of Plaintiff's Petition for Damages are denied.

3.

The allegations of paragraph three of Plaintiff's Petition for Damages are denied.

4.

The allegations of paragraph four of Plaintiff's Petition for Damages are denied.

5.

The allegations of paragraph five of Plaintiff's Petition for Damages are denied.

6.

Except to admit that L.C. Smith was in the course and scope of his employment with CT

Transportation, LLC at the time of the accident, the allegations of paragraph six of Plaintiff's

Petition for Damages are denied.

7.

The allegations of paragraph seven of Plaintiff's Petition for Damages are denied.

8.

The allegations of paragraph eight of Plaintiff's Petition for Damages do not necessitate a response by these defendants. To the extent a response is required, the allegations are denied for a lack of sufficient information upon which to justify a belief therein.

9.

The allegations of paragraph nine of Plaintiff's Petition for Damages are denied.

10.

AND NOW, IN FURTHER ANSWERING the allegations of Plaintiff's Petition for Damages, L.C. SMITH, specifically denies that he, or anyone for whom he may be responsible was negligent or at fault in causing the damages to Plaintiff herein, if any, but, rather, aver that said accident was caused by the sole fault of Beverly Jenkins, said acts of fault being set forth in the following non-exclusive particulars:

    a.    In being inattentive;

    b.    In failing to maintain control of her vehicle;

    c.    In failing to operate her vehicle in a safe and controlled manner;

    c.    In failing to see what she should have seen and after having seen same in failing to do what she should have done; and

    d.    Any other acts of negligence to be proven at trial of this matter.

11.

Plaintiff's Petition for Damages is silent as to the amount of damages being sought by plaintiff, but to the extent that plaintiff's damages exceed $50,000.00, which is at all times denied, Defendant avers that they are entitled to and hereby request a trial by jury on all issues in this matter.

WHEREFORE, premises considered, Defendant, L.C. SMITH prays that this Answer to Petition for Damages be deemed good and sufficient and that after all legal delays and due proceedings, there be judgment herein in his favor and against Plaintiff with prejudice and at Plaintiff's cost.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC

Respectfully submitted,
**The Dill Firm, A.P.L.C.**

BY: _____

JAMES M. DILL (Bar Roll #18868)
G. AUSTIN LOVE (Bar Roll #36554)
825 Lafayette Street (70501)
P. O. Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 211
Facsimile: (337) 261-9176
ATTORNEY FOR L.C. SMITH, CT
TRANSPORTATION, LLC, AND COASTAL
TRANSPORT LOGISTICS, LLC

## CERTIFICATE

**I HEREBY CERTIFY** that on this _30_ day of August, 2018, a copy of the foregoing

pleading has been served upon counsel for all parties to this proceeding by U.S. mail, facsimile,

and/or electronic mail.

_____
G. AUSTIN LOVE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-6085

DIVISION C-10

BEVERLY JENKINS

VERSUS



TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

## REQUEST FOR NOTICE OF DATE OF TRIAL, ETC.

**TO THE CLERK OF COURT** of the Civil District Court in and for the Parish of

Orleans, Louisiana:

Please take notice that James M. Dill and G. Austin Love, attorneys for L.C. SMITH, CT

TRANSPORTATION, LLC, and COASTAL TRANSPORT LOGISTICS, LLC, do hereby

request written notice of the date of trial of the above matter as well as notice of hearings

(whether on the merits or otherwise), orders, judgments and interlocutory decrees, and any and

all formal steps taken by the parties herein, the Judge or any member of Court, as provided in

Louisiana Code of Civil Procedure, particularly Articles 1572, 1913 and 1914.

Respectfully submitted,
**The Dill Firm, A.P.L.C.**

BY: _____

JAMES M. DILL (Bar Roll #18868)
G. AUSTIN LOVE (Bar Roll #36554)
825 Lafayette Street (70501)
P. O. Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 211
Facsimile: (337) 261-9176
ATTORNEY FOR L.C. SMITH, CT
TRANSPORTATION, LLC, AND COASTAL
TRANSPORT LOGISTICS, LLC

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon

counsel for all parties to this proceeding by U.S. mail, facsimile, and/or electronic mail.

Lafayette, Louisiana, this 30 day of August, 2018.

_____
G. AUSTIN LOVE

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-6085                                              DIVISION C-10

BEVERLY JENKINS

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

**ANSWER TO PETITION FOR DAMAGES**

NOW    INTO    COURT,    through    undersigned    counsel    come    Defendants,    CT

TRANSPORTATION, LLC AND COASTAL TRANSPORT LOGISTICS, LLC, who, for

answer to Plaintiff's Petition for Damages respectfully aver:

1.

Except to admit the status and domicile of CT TRANSPORTATION, LLC AND

COASTAL TRANSPORT LOGISTICS, LLC, the allegations of paragraph one of Plaintiff's

Petition for Damages are denied for lack of sufficient information upon which to justify a belief

therein.

2.

The allegations of paragraph two of Plaintiff's Petition for Damages are denied.

3.

The allegations of paragraph three of Plaintiff's Petition for Damages are denied.

4.

The allegations of paragraph four of Plaintiff's Petition for Damages are denied.

5.

The allegations of paragraph five of Plaintiff's Petition for Damages are denied.

6.

Except to admit that L.C. Smith was in the course and scope of his employment with CT

Transportation, LLC at the time of the accident, the allegations of paragraph six of Plaintiff's

Petition for Damages are denied.

7.

The allegations of paragraph seven of Plaintiff's Petition for Damages are denied.

8.

The allegations of paragraph eight of Plaintiff's Petition for Damages do not necessitate a response by these defendants. To the extent a response is required, the allegations are denied for a lack of sufficient information upon which to justify a belief therein.

9.

The allegations of paragraph nine of Plaintiff's Petition for Damages are denied.

10.

AND NOW, IN FURTHER ANSWERING the allegations of Plaintiff's Petition for Damages, CT TRANSPORTATION, LLC and COASTAL TRANSPORT LOGISTICS, LLC, specifically deny that they, or anyone for whom they may be responsible were negligent or at fault in causing the damages to Plaintiff herein, if any, but, rather, aver that said accident was caused by the sole fault of Beverly Jenkins, said acts of fault being set forth in the following non-exclusive particulars:

a.    In being inattentive;

b.    In failing to maintain control of her vehicle;

c.    In failing to operate her vehicle in a safe and controlled manner;

c.    In failing to see what she should have seen and after having seen same in failing to do what she should have done; and

d.    Any other acts of negligence to be proven at trial of this matter.

11.

Plaintiff's Petition for Damages is silent as to the amount of damages being sought by plaintiff, but to the extent that plaintiff's damages exceed $50,000.00, which is at all times denied, Defendants aver that they are entitled to and hereby request a trial by jury on all issues in this matter.

WHEREFORE, premises considered, Defendants, CT TRANSPORTATION, LLC AND COASTAL TRANSPORT LOGISTICS, LLC pray that this Answer to Petition for Damages be deemed good and sufficient and that after all legal delays and due proceedings, there be judgment herein in their favor and against plaintiffs with prejudice and at Plaintiff's cost.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC

Respectfully submitted,
**The Dill Firm, A.P.L.C.**

BY: _____

JAMES M. DILL (Bar Roll #18868)
G. AUSTIN LOVE (Bar Roll #36554)
825 Lafayette Street (70501)
P. O. Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 211
Facsimile: (337) 261-9176
ATTORNEY FOR CT TRANSPORTATION, LLC
AND COASTAL TRANSPORT LOGISTICS, LLC

## CERTIFICATE

**I HEREBY CERTIFY** that on this _15_ day of August, 2018, a copy of the foregoing

pleading has been served upon counsel for all parties to this proceeding by U.S. mail, facsimile,

and/or electronic mail.

_____
G. AUSTIN LOVE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-6085                                                         DIVISION C-10

BEVERLY JENKINS

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

## REQUEST FOR NOTICE OF DATE OF TRIAL, ETC.

**TO THE CLERK OF COURT** of the Civil District Court in and for the Parish of

Orleans, Louisiana:

Please take notice that James M. Dill and G. Austin Love, attorneys for CT

TRANSPORTATION, LLC and COASTAL TRANSPORT LOGISTICS, LLC, do hereby

request written notice of the date of trial of the above matter as well as notice of hearings

(whether on the merits or otherwise), orders, judgments and interlocutory decrees, and any and

all formal steps taken by the parties herein, the Judge or any member of Court, as provided in

Louisiana Code of Civil Procedure, particularly Articles 1572, 1913 and 1914.

Respectfully submitted,
**The Dill Firm, A.P.L.C.**

BY: _____
JAMES M. DILL (Bar Roll #18868)
G. AUSTIN LOVE (Bar Roll #36554)
825 Lafayette Street (70501)
P. O. Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 211
Facsimile: (337) 261-9176
ATTORNEY FOR CT TRANSPORTATION, LLC
AND COASTAL TRANSPORT LOGISTICS, LLC

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon

counsel for all parties to this proceeding by U.S. mail, facsimile, and/or electronic mail.

Lafayette, Louisiana, this _15_ day of August, 2018.

_____
G. AUSTIN LOVE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-6085                                    DIVISION C-10

BEVERLY JENKINS

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

## JURY ORDER

Considering the Answer to Petition for Damages filed by Defendants, CT

TRANSPORTATION, LLC and COASTAL TRANSPORT LOGISTICS, LLC:

Let this matter be tried by a jury upon Defendants, CT TRANSPORTATION, LLC and

COASTAL TRANSPORT LOGISTICS, LLC, posting bond in the sum of $_____.


_____, Louisiana, this _____ day of _____, 2018.


_____
JUDGE



—

**NOTICE OF CLOSURE**

The Clerk of Civil District Court closed Tuesday, September 4, 2018 and Wednesday, September 5, 2018, pursuant to the Emergency Closure Order issued in accordance with La. R.S. 1:55(E)(2) due to the  possible dangers associated with the weather advisory in place due to Tropical Storm Gordon for the Parish of Orleans . The Order is available at the Clerk of Court's office, 421 Loyola Avenue, Room 402, New Orleans, LA 70112, and is posted on www.orleanscivilclerk.com.

Pursuant to La. R.S. 1:55(E)(2), Tuesday, September 4, 2018 and Wednesday, September 5, 2018, were declared legal holidays for the Clerk of Civil District Court for Orleans Parish and the Civil District Court.

Chelsey Richard Napoleon
Clerk, Civil District Court

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-6085                                                   DIVISION C-10

BEVERLY JENKINS

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
(in its capacity as uninsured/underinsured motorist carrier)

## JURY ORDER

Considering the Answer to Petition for Damages filed by Defendants, CT

TRANSPORTATION, LLC and COASTAL TRANSPORT LOGISTICS, LLC:

Let this matter be tried by a jury upon Defendants, CT TRANSPORTATION, LLC and

COASTAL TRANSPORT LOGISTICS, LLC, posting bond in the sum of $_____.

**JURY DEPOSIT ORDER WILL BE
SIGNED WHEN TRIAL DATE IS
SELECTED**

_____
JUDGE



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 9/7/2018 9:27:00 AM |
| Receipt Number | 714621 |
| Cashier | rtjohnson |
| Register | CDC Cash Register 3 |

| | |
|---|---|
| Case Number | 2018 - 08085 |

| | |
|---|---|
| Grand Total | $ 1067.50 |
| Amount Received | $ 1067.50 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 30715 $1067.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Answer | $272.00 | $272.00 | $0.00 |
| Fax Fees | $15.50 | $15.50 | $0.00 |
| Request for Trial by Jury | $780.00 | $780.00 | $0.00 |

FILED

2018 SEP 17 A 10: 10

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 18-6085                    DIVISION "C"                    SECTION 10

**BEVERLY JENKINS**

**VERSUS**

**ACE AMERICAN INSURANCE COMPANY, ET AL**

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

FILED: _____          **DEPUTY CLERK**

**AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM** 9/14/18 10:17:00 AM

Receipt Number     716393

**BEFORE ME,** the undersigned Notary Public, personally came and appeared:

Register              CDC Cash Register 3

**HUNTLEIGH F. GILBARD**     Case Number     2018 -06085

who, first being duly sworn, did depose and say that he received a true copy of the Citation and

Amount Received  $2.00

First Supplemental and Amending Petition for Damages filed on July 30, 2018 that he mailed

Over Payment     $0.00

same by Certified Mail to defendant, **CT TRANSPORTATION, LLC,** on August, 20, 2018,

Payment / Transaction List

and that same was received on August 27, 2018 signed by B. Smith, as more fully appears from

Check #  1546  $2.00

the annexed copy of the post office return for Certified Mail Number 7017 0530 0000 1542

| Item | Charged | Paid | Bal |
|------|---------|------|-----|
| Affidavit of Service | $0.00 | $0.00 | $0.00 |
| Exhibits (Page 2) | $2.00 | $2.00 | $0.00 |

1369. (See Exhibit "A").

New Orleans, Louisiana, this 14 day of September, 2018.

_____
**HUNTLEIGH F. GILBARD**

SWORN TO AND SUBSCRIBED BEFORE
ME, THIS 14 DAY OF September, 2018.

_____

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life

VERIFIED
9 · 21 · 18

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN
HUNTLEIGH F. GILBARD

FILED

August 20, 2018

**VIA CERTIFIED MAIL U.S. MAIL**
CT Transportation, LLC
Through its Registered Agent for Service of Process
Corporation Service Company
40 Technology Parkway South
Suite #300
Norcross, GA 30092

Re:   **BEVERLY JENKINS vs. ACE AMERICAN INSURANCE COMPANY, ET AL,**
*Civil District Court No. 18-6085, Div. "L-06"*

Dear Sir or Madam:

      Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

      ... counsel immediately so that no



WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

VERIFIED

FILED

2018 SEP 17 A 10:10

DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.  18-6085                    DIVISION "C"                    SECTION 10

### BEVERLY JENKINS

### VERSUS

### ACE AMERICAN INSURANCE COMPANY, ET AL

FILED: _____        _____
                                              **DEPUTY CLERK**

CHELSEY RICHARD NAPOLEON

## AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM
CLERK, CIVIL DISTRICT COURT

402 CIVIL COURTS BUILDING

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:
421 LOYOLA AVENUE - ROOM 402

NEW ORLEANS, LA 70112

## HUNTLEIGH F. GILBARD
504-407-0000

who, first being duly sworn, did depose and say that he received a true copy of the Citation and
Date Received        Receipt Number     716397

First Supplemental and Amending Petition for Damages filed on July 30, 2018 that he mailed
Register            CDC Cash Register 3

same by Certified Mail to defendant, **L.C. SMITH**, on August 22, 2018, and that same was
Case Number        2018-06085

received on August, 24, 2018, signed by **L.C. SMITH**, as more fully appears from the annexed
Amount Received     $2.00

copy of the post office return for Certified Mail Number 7017 0530 0000 1542 1345. (See
PI Number    7017 0530 0000 1542 1345

Over Payment       $0.00
Exhibit "A").

Payment / Transaction List
Check # 13548    $2.00
New Orleans, Louisiana, this 14 day of September, 2018.

Item              Charged    Paid    Bal
ATTACHMENT B. F. GILBARD   $0.00   $0.00   $0.00
HUNTLEIGH F. GILBARD
Exhibits (Paper)    $2.00    $2.00    $0.00

SWORN TO AND SUBSCRIBED BEFORE
ME, THIS 14 DAY OF September, 2018.

_____

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life

VERIFIED
Christine Huff
9/24/18

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

### ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GEALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE: (504) 488-4178
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM O. GURLEY, III
COLIN T. RYAN
HUNTLEIGH E. GILBARD
BRIAN T. HILL

FILED

2018 SEP 17

August 20, 2018

**VIA CERTIFIED MAIL U.S. MAIL**
Larry Smith AKA L.C. Smith
1922 39th Ave.
Gulfport, MS 39501

Re:    **BEVERLY JENKINS vs. ACE AMERICA**
        **Civil District Court No. 18-6085, Div. "L-06"**

Dear Mr. Smith:

   Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

   Therefore, please forward a copy of the Petition for Damages to your counsel immediately so that no adverse action is taken against you.

WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

SERIAL NO. _____  DEPUTY _____  PARISH _____  Deputy Sheriff of _____



ID: 9989365                    Page 1 of 1

FILED

2018 SEP 17 A 10: 10

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

CIVIL
DISTRICT COURT

STATE OF LOUISIANA

NO.  18-6085                    DIVISION "C"                    SECTION 10

BEVERLY JENKINS

VERSUS

ACE AMERICAN INSURANCE COMPANY, ET AL

FILED: _____          _____

                                          **DEPUTY CLERK**

## AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

**BEFORE ME,** the undersigned Notary Public, personally came and appeared:

**HUNTLEIGH F. GILBARD**

who, first being duly sworn, did depose and say that he received a true copy of the Citation and

First Supplemental and Amending Petition for Damages filed on July 13, 2018 that he mailed

same by Certified Mail to defendant, **COASTAL TRANSPORTATION LOGISTICS, LLC,**

on August, 20, 2018; and that same was received on August 27, 2018 signed by B. Smith, as

more fully appears from the annexed copy of the Post Office record for Certified Mail Number

**7017 0530 1542 1352.** (See Exhibit "A").

New Orleans, Louisiana, this __14__ day of _____ 2018.

                                    **HUNTLEIGH F. GILBARD**

SWORN TO AND SUBSCRIBED BEFORE

ME, THIS __14__ DAY OF _____, 2018.

BRIAN T. HILL
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 36873
My Commission is for Life

VERIFIED
9-21-18

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
GUY S. PARKS
CARMEN M. GIALOGO
NATALIE R. SEGURA
JONATHAN R. MARLOWE
JOHN J. ELMER

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE (504) 486-9999
FACSIMILE (504) 488-9191
www.edwardwomac.com

MALLORY FIELDS MADDOCKS
ANDREW J. MURPHY
WILLIAM Q. GURLEY, III
COLIN T. RYAN
HUNTLEIGH F. GILBARD

FILED
SEP 17 A 10 10

DIRECT DIAL: (504) 493-6618
Email: hgilbard@edwardwomac.com

August 20, 2018

**VIA CERTIFIED U.S. MAIL**
Coastal Transport Logistics, LLC
Through its Registered Agent for Service of Process
Corporation Service Company
40 Technology Parkway South
Suite #300
Norcross, GA 30092

Re:  **BEVERLY JENKINS vs. ACE AMERICAN INSURANCE COMPANY, ET AL,**
*Civil District Court No. 18-6085, Div. "L-06"*

Dear Sir or Madam:

Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

... nsel immediately so that no

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

ID: 99b8364

FILED

2018 SEP 19 P 12: 27

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-06085                    DIVISION "C"

BEVERLY JENKINS                                   *Filed by:*
                                                  *Legal Wings*

VERSUS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, CT
TRANSPORTATION, LLC, COASTAL TRANSPORT LOGISTICS, LLC, LARRY SMITH
AKA L.C. SMITH, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST
CARRIER)

FILED _____

| | |
|---|---|
| Receipt Date | 9/19/2018 12.39.00 PM |
| Receipt Number | 717013 |
| | Johnson |
| Register | CDC Cash Register 1 |
| Case Number | 2018 - 06085 |
| Amount Received | $ 272.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |
| Payment / Transaction List | |

901 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

Deputy Clerk

**ANSWER TO PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes State Farm Mutual
Automobile Insurance Company (hereinafter "State Farm"), which answers the Petition for
Damages of plaintiff, Beverly Jenkins, as follows:

I.

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Answer | $272.00 | $272.00 | $0.00 |

The allegations contained in Paragraph I of the Petition for Damages are denied, except
to admit that State Farm is a foreign insurance company authorized to do and doing business in
this parish and state.

2.

The allegations contained in Paragraph II of the Petition for Damages are denied.

3.

The allegations contained in Paragraph III of the Petition for Damages are denied for lack
of sufficient information to justify belief therein.

4.

The allegations contained in Paragraph IV of the Petition for Damages are denied for lack
of sufficient information to justify belief therein.

5.

The allegations contained in Paragraph V of the Petition for Damages are denied for lack
of sufficient information to justify belief therein.



VERIFIED
Celeste Huntes
9-25-2018

FILED

2018 SEP 19 P 12: 27

CIVIL
DISTRICT COURT

6.

The allegations contained in Paragraph VI of the Petition for Damages are denied for lack of sufficient information to justify belief therein.

7.

The allegations contained in Paragraph VII of the Petition for Damages are denied for lack of sufficient information to justify belief therein.

8.

The allegations contained in Paragraph VIII of the Petition for Damages are denied, except that State Farm Mutual Automobile Insurance Company admits the issuance of a policy of automobile liability insurance to Beverly A. Jenkins.   Defendant pleads said policy of insurance is the best evidence of its own contents and denies anything and everything at variance therewith and specifically pleads all the conditions, provisions, limits, and exclusions therein as if copied herein in extenso.

**FURTHER ANSWERING**, defendant avers as follows:

9.

As an affirmative defense, State Farm Mutual Automobile Insurance Company pleads the failure of plaintiff to mitigate her damages.

10.

State Farm Mutual Automobile Insurance Company further pleads that it is entitled to a credit or setoff for all amounts paid before trial by or on behalf of State Farm Mutual Automobile Insurance Company to, or on behalf of, plaintiff in this matter.

11.

As an affirmative defense, State Farm Mutual Automobile Insurance Company avers that it is entitled to a credit against any judgment equal to any and all liability insurance which provided coverage to Larry Smith a/k/a L.C. Smith, CT Transportation, LLC and/or Coastal Transport Logistics, LLC and/or primary uninsured motorists insurance covering the plaintiff or the vehicle the plaintiff was occupying on the date of the motor vehicle accident sued upon.

Further, and/or in the alternative, State Farm avers that it is entitled to a credit and/or set-off for any amounts paid to plaintiff under any medical payments coverage and for any other

Our File No: 18NEWO25037JTG

FILED

2018 SEP 19 P 12: 27

CIVIL
DISTRICT COURT

monies paid to, or received by, plaintiff from State Farm or any other entity or person, and pleads

extinguishment, of some or all of any obligation that may be found due plaintiff, to the extent of

any such payments.

WHEREFORE, defendant, State Farm Mutual Automobile Insurance Company prays

that this answer be deemed good and sufficient, that the Petition for Damages of plaintiff be

dismissed with prejudice at plaintiff's cost and for all general and equitable relief.

Respectfully submitted,

**FREDERICK A. MILLER & ASSOCIATES**
JAMES T. GREVEMBERG (TRIAL ATTORNEY)
BAR NO. 06312
1700 Lakeway II
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 840-4900
Facsimile: (855) 847-1379


JAMES T. GREVEMBERG
Attorney for State Farm Mutual Automobile
Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ 18th _____ day of _____ September _____, 2018,

served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile

or by mailing same via the United States mail, properly addressed, and first class postage

prepaid.


JAMES T. GREVEMBERG

Our File No: 18NEWO25037JTG